**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| ELIZABETH A. FREEMAN | ) | CASE NO.: 23-10476-AMC |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | JUDGE ASHELY M. CHAN |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| AS INDENTURE TRUSTEE ON BEHALF OF | ) | |
| AND WITH RESPECT TO BARCLAYS | ) | |
| MORTGAGE TRUST 2021-NPL1, | ) | |
| MORTGAGE-BACKED SECURITIES, | ) | |
| SERIES 2021-NPL1, | ) | |
| | ) | |
| CREDITOR, | ) | |
| | ) | |
| ELIZABETH A. FREEMAN, DEBTOR AND | ) | |
| SCOTT F. WATERMAN, TRUSTEE | ) | |
| | ) | |
| RESPONDENTS | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 as serviced NewRez LLC d/b/a Shellpoint Mortgage Servicing, by and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 3rd day of July 2024

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 3rd day of July 2024.

*DEBTOR*
ELIZABETH A. FREEMAN
23 MISLTETOE LANE
LEVITTOWN, PA 19054

*ATTORNEYS FOR DEBTOR*
BRAD J. SADEK
SADEK LAW OFFICES, LLC
1500 JFK BOULEVARD
STE 220
PHILADELPHIA, PA 19102
BRAD@SADEKLAW.COM

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

    /s/ Joshua I. Goldman, Esq
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*