| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-10476-AMC**

| | |
|---|---|
| Elizabeth A. Freeman | Petition Filed Date: 02/17/2023 |
| 23 Misltetoe Lane | 341 Hearing Date: 03/24/2023 |
| Levittown  PA   19054 | Confirmation Date: 06/28/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/11/2023 | $1,000.00 | | 10/06/2023 | $980.00 | | 10/26/2023 | $500.00 | |
| 11/13/2023 | $500.00 | | 12/01/2023 | $500.00 | | 01/05/2024 | $1,500.00 | |
| 01/25/2024 | $500.00 | | 02/01/2024 | $500.00 | | 02/29/2024 | $500.00 | |
| 03/08/2024 | $500.00 | | 04/05/2024 | $1,000.00 | | 05/06/2024 | $1,000.00 | |
| 06/07/2024 | $1,000.00 | | 07/08/2024 | $1,000.00 | | 07/30/2024 | $1,000.00 | |

**Total Receipts for the Period:  $11,980.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $15,948.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,965.00 | $3,965.00 | $0.00 |
| 1 | MONEYLION INC<br>»»  001 | Unsecured Creditors | $453.04 | $0.00 | $453.04 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $498.48 | $0.00 | $498.48 |
| 3 | ONE MAIN FINANCIAL GROUP LLC<br>»»  03S | Secured Creditors | $4,425.00 | $1,024.61 | $3,400.39 |
| 4 | ONE MAIN FINANCIAL GROUP LLC<br>»»  03U | Unsecured Creditors | $337.23 | $0.00 | $337.23 |
| 5 | FREEDOM MORTGAGE CORPORATION<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ICUL SERVICE CORP<br>»»  005 | Unsecured Creditors | $1,108.03 | $0.00 | $1,108.03 |
| 7 | ASHLEY FUNDING SVCS LLC<br>»»  006 | Unsecured Creditors | $5.08 | $0.00 | $5.08 |
| 8 | NEWREZ LLC  D/B/A<br>»»  007 | Mortgage Arrears | $40,676.66 | $9,418.77 | $31,257.89 |
| 9 | INSPIRE FEDERAL CREDIT UNION<br>»»  008 | Unsecured Creditors | $696.18 | $0.00 | $696.18 |

**Chapter 13 Case No. 23-10476-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $15,948.00 | Current Monthly Payment: | $981.00 |
| Paid to Claims: | $14,408.38 | Arrearages: | $848.00 |
| Paid to Trustee: | $1,539.62 | Total Plan Base: | $57,998.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.