Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Elizabeth A. Freeman
23 Misltetoe Lane
Levittown, PA 19054

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-10476-AMC**

Petition Filed Date: 02/17/2023
341 Hearing Date: 03/24/2023
Confirmation Date: 06/28/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2025 | $1,000.00 | | 09/19/2025 | $1,000.00 | | 10/21/2025 | $1,000.00 | |
| 11/21/2025 | $1,000.00 | | 12/12/2025 | $1,000.00 | | 01/26/2026 | $1,000.00 | |
| 02/26/2026 | $1,000.00 | | 03/23/2026 | $1,000.00 | | 04/20/2026 | $1,000.00 | |
| 05/19/2026 | $1,000.00 | | 06/05/2026 | $1,000.00 | | 07/21/2026 | $1,000.00 | |

**Total Receipts for the Period: $12,000.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $40,948.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,965.00 | $3,965.00 | $0.00 |
| 1 | MONEYLION INC<br>»» 001 | Unsecured Creditors | $453.04 | $0.00 | $453.04 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $498.48 | $0.00 | $498.48 |
| 3 | ONEMAIN FINANCIAL GROUP LLC<br>»» 03S | Secured Creditors | $4,425.00 | $3,199.76 | $1,225.24 |
| 4 | ONEMAIN FINANCIAL GROUP LLC<br>»» 03U | Unsecured Creditors | $337.23 | $0.00 | $337.23 |
| 5 | FREEDOM MORTGAGE CORPORATION<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ICUL SERVICE CORP<br>»» 005 | Unsecured Creditors | $1,108.03 | $0.00 | $1,108.03 |
| 7 | ASHLEY FUNDING SVCS LLC<br>»» 006 | Unsecured Creditors | $5.08 | $0.00 | $5.08 |
| 8 | NEWREZ LLC D/B/A<br>»» 007 | Mortgage Arrears | $40,676.66 | $29,413.62 | $11,263.04 |
| 9 | INSPIRE FEDERAL CREDIT UNION<br>»» 008 | Unsecured Creditors | $696.18 | $0.00 | $696.18 |

**Chapter 13 Case No. 23-10476-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,948.00 | Current Monthly Payment: | $981.00 |
| Paid to Claims: | $36,578.38 | Arrearages: | ($608.00) |
| Paid to Trustee: | $3,446.62 | Total Plan Base: | $57,998.00 |
| Funds on Hand: | $923.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.