United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-10476-amc

Elizabeth A. Freeman Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2

Date Rcvd: Oct 27, 2026 Form ID: 236 Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, as Owner Tru |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 as serviced NewRez LLC d/b/a Shell josh.goldman@padgettlawgroup.com |
| BRAD J. SADEK | on behalf of Debtor Elizabeth A. Freeman brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| J. TODD BUCKLEY SAVARESE | on behalf of Creditor Inspire Federal Credit Union todd@savareselaw.com toddsav@verizon.net |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Coporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Freedom Mortgage Coporation bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-2 User: admin 

Date Rcvd: Oct 27, 2026 Form ID: 236 Total Noticed: 0

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 236* (3/23)−doc 35 − 34

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Elizabeth A. Freeman | ) | Case No. 23−10476−amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## Fee Due Notice

Re: Doc.# [34] Transfer of Claim

The above document(s) were filed in this office. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

- ☐ Voluntary Petition
- ☐ Adversary Proceeding
- ☐ Filing Fee for Amendments
- ☑ Claims Transfer Fee
- ☐ Motion Filing Fee
- ☐ Notice of Appeal

Total: $28.00

E−Filers, please submit the payment(s) as required by the court's standing order Misc. No. 15−3008mdc.

Non−e−filers, submit your Money Order made payable to Clerk, U.S. Bankruptcy Court by mail to:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

If the delinquency is not paid on or before October 16, 2026, this matter will be referred to the Chief Judge.

Date: October 9, 2026

For The Court

Mohung Wong
Clerk of Court